```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN FUREY                    :      CIVIL ACTION
                               :
          v.                   :
                               :
CARL BINDER, et al.            :      NO. 09-3204
```

ORDER

AND NOW this 24th day of August, 2009, upon consideration of the Plaintiff's Motion to Remand (Docket No. 5), and the response thereto, IT IS HEREBY ORDERED, for the reasons set out in a Memorandum of today's date, that the Motion is GRANTED IN PART and DENIED IN PART as follows:

      1.   The motion to remand is GRANTED and the above-captioned matter shall be REMANDED to the Court of Common Pleas for Philadelphia County.  The Clerk of Court shall mark this case as closed for statistical purposes.

      2.   The plaintiff's request for an award of attorneys' fees for the costs of preparing the motion to remand is DENIED.

      3.   The pending Motion to Dismiss of Defendant Douglas Segars (Docket No. 3) is DENIED AS MOOT.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.